

**Address**
16 Court Street, 28th Floor
Brooklyn NY 11241

**Phone**
(718) COURT·ST
(718) 643-6063

**Fax**
(718) 643-9788

**Website**
www.courtstreetlaw.com

**Richard A. Klass, Esq.**
Principal
richklass@courtstreetlaw.com

**Hillary F. Schultz, Esq.**
Associate
hschultz@courtstreetlaw.com

**Eucline Spencer**
Paralegal
euclinespencer@courtstreetlaw.com

**Steven D. Cohn, Esq.**, Of Counsel

**Stefano A. Filippazzo, Esq.**, Of Counsel

February 20, 2026

Honorable Jil Mazer-Marino
United State Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Margarita Onassis Parlionas</u>
               <u>Chapter 7 Case No. 23-42029-JMM</u>
               <u>Adv. Proc. No. 24-01059</u>

Dear Judge Mazer-Marino:

    This firm is counsel to Athanasios Parlionas, creditor of the Debtor and Plaintiff in this adversary proceeding.

    This letter will confirm the adjournment on consent of the motion to dismiss/withdraw counts 3 and 4 of the adversary complaint, scheduled for March 17, 2026, to March 19, 2026, at 1:00 pm to be heard with the other matters in this case.

    Thank you for Your Honor's granting of this request.

                               Respectfully submitted,

                               *Hillary F. Schultz*
                             Hillary F. Schultz, Esq.

cc:    Tracie Leonard, Courtroom Deputy
        Margarita Parlionas, Debtor